Case No. # 308 CV 1116
Southern District Federal Courts.
San Diego Ca

1  James Lynn O'Hines 197067
2  Aspc Florence Eyman Complex
3  Box 3400 #1040 Smith
4  Florence Az. 85232. #

**FILED**
MAR 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

5  '08 CV 0586 LAB JMA

6  In The United States District Court
7  9th District Federal Court "Complete Diversity"
8  - California & Arizona (Quasi-)
9  (Cause of action)
10  James Lynn O'Hines (197067)           Forfeiture / Penalty:
11        v.                              ☒ 625 Drug Related Seizure
12  Warden C. Toors - Bijns               of property 21 USC § 881 #
13  D. Carillo Assoc. Dept. Warden.       Other Statutes: ☒ 470
14  Lt. Morlegan Security                 Racketeer Influenced and
15  Dora B. Schriro Dir. of Corr.         Corrupt Organizations
16  Janet Napolitano Governor             18 USC § 18, 18 USC § 3041
17  Arnold Schwarzenegger Gov.            Fed Crim R.P. 12.4 (a)(2)(b)(1)
18                                        Tort and Writ
19  Arizona State Attorney General
                                          Phoenix Police Dept
20  1275 W. Washington Street             Narcotics Squad / DEA.
21  Phoenix Az. 85007 (602) 542-5025.
22
23  California State Attorney General
                                          SDPD Narcotics Squad
24  1300 I Street Suite 1740              DEA / SSU
25  Sacramento Ca. 95814 (916) 324-5437

SOUTHERN DISTRICT OF CALIFORNIA
CLERK U.S. DISTRICT COURT
MAR 26 2008
RECEIVED

26
(A.) 27           A. Jurisdiction
28  This court has jurisdiction over this action pursuant to:
29  ☒ 28 USC § 1331 Bivens V. Six Unknown Federal Narcotics Agents #

(1)

(B.) 1  O.I./P.O./W.D.       Claim: 42 USC 1983 ☒ 625. Tort(s).
2  Drug Related Seizure(s)   21 USC § 881
3  Money? Yes.  How much?  amount(s): Social Security
4  Payments 1st of the month. Varied at $350.00 to
5  $280.00 to $300.00 to $500.00 to $600.00 #
6  Property? Yes. How much?  amount(s) = National Archive
7  Grand Old Opry "photographs" classic 1959 circa
8  Uncle Cousin Mother Father    $1,000,000.00
(C.) 9  Who? : SSU, IGI, TGI Agents Correctional Officers
10  (Arizona to/from California, San Diego to Phoenix) Bivens V. six
11  unknown Federal Narcotics Agents Phoenix P.O. San Diego P.O.
12  What? : seized money and property as church and state
13  agents state to state for personal profit financially transfer of
14  private property/funds, for public-private use under the color of authority
15  Where? : St. Louis Mo. San Diego Ca. Phoenix Az. and
16  Los Angeles Ca. 4000 Blk Wilshire Blvd. see C(1) (St. Louis Mo
17  Mason goodfellow business associate).
18  When? : 1989 approx to 1990 to 2004 to 2005 '06
19  to E.P.Q.D. of 2-17-10.
20
21  Why? : Jewish Protestant and St. Thomas of Aquinis church
22  state agenda for anti-Roman Catholic censorship of state
23  prisoner. Information, property, census. Private Mason Lodge Contracts.
24  How? = State Agencies Web site and A.D.T private security
25  company aural requisitions verbal promisary contract and
26  by aerosolize toxic sprays perfumed as aphrodesiac.
C(1) 27  Rent money? Yes - Guslamp Quarter Hotel ... 819 University
28  Ave. — Luana Apts Idaho St. North Park. San Diego Ca.
29  1985 3050 K Street. (Calif I.D. card & Med-i-cal card; see D...
#

(2)

(D.) 1. Calif I.D. card & Med-i-cal card exp. date 2009. #
2. Contact Information
3.    CMS - Region 9.
4. 75 Hawthorne Street, Suite 408
5. San Francisco Ca. 94105
6. phone: (415) 744 - 3501
7. Fax: (415) 744 - 3517
8.    U.S. Dept. of Health and Human Services
9.      Centers for Medicare & Medicaid Services.
10. Booked into Maricopa County Jail 10-7-04 from
11. San Diego County. : Molson Haven Board and Care Home
12. A.W.O.L. and Absconded, temp. employed w/
13. Montague Malateene - day - labor - SSI check re routed
14. to 17th street Neil Good Day Care Center enroute to
15. phoenix Az Greyhound Round Trip San Diego City
16. college disabled student enrollment plan from state
17. Hospital 9/12/04 to 10/7/04 F.O.J warrant
18. A.P.B. parollee at large arrested Good Samaritan
19. Hospital. a.k.a. Malloy, Jackson K86989 mongol m.c.
20. prospect name. "Mongol Motorcycle Club" alias.) True
21. Name: James Lynn Hines calif state I.D med-i-cal
22. card 2009 # exp. # etc, etc, validation.]
23.

(E.) 24. IAN PAISLEY Jewish Protestant Terrorisms.
25. Police Dept v. Mosley 408 US 92 95 92 SCt 2286
26. 2240 (1972) Chicago Miracle Temple Church Inc. v. Fox
27. N.D. Ill 1995 901 Fsupp 1333 pre conceived conspiracy G→
28. 7.5. (1) Espionage Act 18 USCA §793
29. For Immigration INS illegal aliens drug sales, pornography

(3)

1. hostile business take over of family businesses,
2. capitalization and exploitation of child abuse and
3. sales of ethanol gasoline Kerr McGee chemical
4. stocks, shares, with pharmaceuticals w/ Geico Ins Co.
5. Prudential and All state Foreign Controlled Corporations
6. CFC IRC 26 USCA §§ 951-964, Immigration and
7. Naturalization Services (INS.) 8 USCA §§ 1101-1537
8. And Federal Kidnapping Act 18 USCA § 1201 ... 1 Am Jur
9. 2d Abduction and Kidnapping § 14 at 185 1994.
10. Aimees Law and Meganas Law.
11.
12. Request for Relief? by statute 42 USC 1396 (r)
13. $500.00 a day and $25,000.00 a month
14. retro activity for the violation of inappropriate
15. supervision by authority is/of a protected activity.
16.
17. Conversion of custody to Springfield Mo Federal
18. Hospital Fed. R of Evid 706.
19.
20. T.R.O's and Garnishment of Wages by offenders who
21. as identified are responsible in individual and
22. professional capacities. named as JT Thomas of
23. Aquinis Church congregation Golden Hills neighborhood
24. San Diego Calif # 22nd Street for a settlement.
25.
26.
27. 3/23/08                      proper Jane Lyn O'Shea
28.                              Romus Asholu dos Ignautius
29.                           Bayrizol 1965 Decatur Ullman #
                                    (4)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Toers-Bijns

FILED
MAR 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ___
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** ___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
Box 3400 SMU II
Florence, AZ 85232
ADC# 197067

**ATTORNEYS (IF KNOWN)**

'08 CV 0586 LAB JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 USC 1331

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395f) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ ___

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ___ Docket Number ___

DATE  3/26/2008

SIGNATURE OF ATTORNEY OF RECORD

[signature]